AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher Barfield | ) |
| *Defendant* | ) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:07 am, Mar 19 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____TTD____ Deputy

Case No. 1:25-cr-15-1

**RECEIVED**
By Laura Elbon at 9:15 am, Mar 05, 2025

FID no. 11774636 Case no. 2587-0305-0250-J

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Barfield                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Make False Statement in Acquiring Firearms - 18 U.S.C. § 371

Date: 3.4.25

*Issuing officer's signature*

City and state:   Clarksburg, West Virginia

Michael John Aloi, US Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |